IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOE HUNSINGER,<br>　　Plaintiff<br><br>VS.<br><br>LINEBARGER GOGGAN BLAIR &<br>SAMPSON, LLP,<br>　　Defendant | § § § § § § § § § | CASE NO. 3-12-CV-2921-D |

### STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Joe Hunsinger files this Stipulation and Notice of Dismissal with Prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii) based on the settlement of his claims against the Defendant Linebarger Goggan Blair & Sampson, LLP. Based on this settlement the parties request the Court to cancel all pending hearings and deadlines.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Joe Hunsinger
　　　　　　　　　　　　　　　　　　　　Pro-Se
　　　　　　　　　　　　　　　　　　　　7216 C.F. Hawn Frwy.
　　　　　　　　　　　　　　　　　　　　Dallas, Texas
　　　　　　　　　　　　　　　　　　　　Joe75217@gmail.com

STIPULATION ACCEPTED:

KENT M. RIDER
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
Telephone No. (512) 447-6675
Telefax No. (512) 443-3494
Texas State Bar No. 16896000
Email address: kentr@publicans.com

By: _____
ATTORNEY FOR DEFENDANT LINEBARGER GOGGAN BLAIR & SAMPSON, LLP